# Doonan, Graves & Longoria LLC

## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

November 2, 2023

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

**Certified Article Number**
9414 7266 9904 2216 0239 91
**SENDER'S RECORD**

**Certified Article Number**
9414 7266 9904 2216 0239 84
**SENDER'S RECORD**

John M. Mcdonough
205 Webster Road
Buxton, ME 04093

Nancy Mcdonough
205 Webster Road
Buxton, ME 04093

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address:     205 Webster Road, Buxton, ME 04093
    Loan Number:

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2019-R5 and the Owner/Investor, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2019-R5 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Citifinancial, Inc. its successors and assigns (if MERs) dated November 25, 2006 and recorded in the York County Registry of Deeds in Book 15021, Page 419. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

**EXHIBIT**
**J**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Number of Payments Due | 44 |
| Total Payment Amount Due | $70,820.57 |
| Accrued Late Charges Amount | $120.00 |

**TOTAL TO CURE DEFAULT:** $70,940.57

A portion of the amount due is reasonable interest in the amount of $49,469.25.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $70,940.57 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Fay Servicing, LLC, Payment Processing, 425 S. Financial Place, Suite 2000, Chicago, IL 60605. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (312) 780-0446 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2019-R5, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2019-R5 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Fay Servicing, LLC
U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2019-R5

by its attorney

Reneau J. Longoria, Esq.

MNK
cc:  Client
      Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56541

# HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777 <br> **Web: www.avestahousing.org** | 307 Cumberland Avenue <br> Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227 <br> **Web:** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227 <br> **Web: www.moneymanagement.org** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227 <br> **Web: www.kvcap.org** | 97 Water Street <br> Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

# Reinstatement Quote: 0000216687

| Borrower: | MCDONOUGH,NANCY | Address: | 205 WEBSTER RD | Prin Bal: | $214,066.58 | | | Investor Type: | Other |
|---|---|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | MCDONOUGH,JOHN M | City: | BUXTON | Add Prin Bal: | $1,212.89 (P) | | | Investor #: | AAA |
| Due Date: | 04/01/2020 | State: | ME | Account Type: | First Mortgage - Conventional Without PMI | | | Investor Account #: | 1007743 |
| Last Pmt Appd On: | | Zip Code: | 04093 | Total Pmt Amt: | $1,680.02 | | | PLS Client ID: | |

## Most Recent Reinstatement Quote

| Quote Date: | 10/26/2023 | Reinstate On Date: | 11/01/2023 | Number of Payments Due: | 44 | Total Payment Amount: | $70,820.57 |
|---|---|---|---|---|---|---|---|
| Suspense Amount: | $0.00 | Restricted Escrow Amount: | $0.00 | Accrued Late Charge Amount: | $120.00 | Closing Interest Amount: | $0.00 |
| Suspense Amount Included: | Yes | Restricted Escrow Amount Included: | Yes | Accrued Late Charge Amount Included: | Yes | Next Payment Due Date: | 12/01/2023 |
| NSF Fee Amount: | $0.00 | Recoverable Corp Adv Amount: | $3,465.50 | Forecasted Late Charge Amount: | $0.00 | Net Other Fees Amount: | $0.00 |
| NSF Fee Amount Included: | Yes | Recoverable Corp Adv Amount Included: | Yes | Forecasted Late Charge Amount Included: | Yes | Net Other Fees Included: | Yes |
| Total Reinstatement Due: | $74,406.07 | | | | | | |

## Prior Reinstatement Quote

| Quote Date: | 10/26/2023 | Reinstate On Date: | 11/01/2023 | Number of Payments Due: | 44 | Total Payment Amount: | $70,820.57 |
|---|---|---|---|---|---|---|---|
| Suspense Amount: | $0.00 | Restricted Escrow Amount: | $0.00 | Accrued Late Charge Amount: | $120.00 | Closing Interest Amount: | $0.00 |
| Suspense Amount Included: | Yes | Restricted Escrow Amount Included: | Yes | Accrued Late Charge Amount Included: | Yes | Next Payment Due Date: | 12/01/2023 |
| NSF Fee Amount: | $0.00 | Recoverable Corp Adv Amount: | | Forecasted Late Charge Amount: | $0.00 | Net Other Fees Amount: | $0.00 |
| NSF Fee Amount Included: | Yes | Recoverable Corp Adv Amount Included: | Yes | Forecasted Late Charge Amount Included: | Yes | Net Other Fees Included: | Yes |
| Total Reinstatement Due: | $74,406.07 | | | | | | |

# Total Amount Due: 0000216687

| Borrower: | MCDONOUGH,NANCY | Address: | 205 WEBSTER RD | Prin Bal: | $214,066.58 | Investor Type: | Other |
| Co-Borrower Name: | MCDONOUGH,JOHN M | City: | BUXTON | Add Prin Bal: | $1,212.89 (P) | Investor #: | AAA |
| Due Date: | 04/01/2020 | State: | ME | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | 1007743 |
| Last Pmt Appd On: | | Zip Code: | 04093 | Total Pmt Amt: | $1,680.02 | PLS Client ID: | |

## Quote Summary: 0000216687

| | |
|---|---|
| As Of Date: | 11/01/2023 |
| Per Diem Amt: | $41.85 |
| Piggyback Per Diem Amt: | $0.00 |
| Total Principal Balance: | $215,279.47 |
| Total Interest Amt: | $49,469.25 |
| Pro Rata MIP/PMI Amt: | $0.00 |
| Escrow Advance Amt: | $15,298.85 |
| Escrow Balance: | $0.00 |
| Suspense Balance: | $0.00 |
| HUD Balance: | $0.00 |
| Rep Res Balance: | $0.00 |
| Restricted Escrow Balance: | $0.00 |
| Total Fees Amt: | $0.00 |
| Total Accumulated Late Charge Amt: | $120.00 |
| Total NSF Charge Fee Amt: | $0.00 |
| Total Other Fees Due Amt: | $0.00 |
| Total Penalty Interest Amt: | $0.00 |
| Total Flat Penalty Fee Amt: | $0.00 |
| Credit Life Orig Fee Rebate Amt: | $0.00 |
| Rec Corp Adv Balance: | $3,465.50 |
| Total Amt To Payoff: | $283,633.07 |

## Primary Rate Changes

Row Count = 3

| From Date | Rate | Interest Amount |
|---|---|---|
| 03/01/2020 | 6.135% | $40,514.31 |
| 04/01/2023 | 7.135% | $8,954.94 |
| 11/01/2023 | | |

## Second Mortgage Rate Changes

Row Count = 1

| From Date | Rate | Interest Amount |
|---|---|---|
| 03/01/2020 | | |

# Escrow Information: 0000216687 [ Account Data Views:644 ]

| Borrower: | MCDONOUGH,NANCY | Address: | 205 WEBSTER RD | Prin Bal: | $214,066.58 | | Investor Type: | Other |
| Co-Borrower Name: | MCDONOUGH,JOHN M | City: | BUXTON | Add Prin Bal: | $1,212.89 (P) | | Investor #: | AAA |
| Due Date: | 04/01/2020 | State: | ME | Account Type: | First Mortgage - Conventional Without PMI | | Investor Account #: | 1007743 |
| Last Pmt Appd On: | | Zip Code: | 04093 | Total Pmt Amt: | $1,680.02 | | PLS Client ID: | |

## Total Taxes

| | |
|---|---|
| Escrow Taxes Paid Year to Date Amount : | $2,699.92 |
| Previous Year Taxes Paid : | $2,544.99 |

## Total Insurance

| | |
|---|---|
| Hazard YTD : | $2,216.65 |
| Escrow Hazard Insurance Paid Previous Year Amount: | $1,500.00 |

## Escrow Analysis

| | |
|---|---|
| Last Analysis Date: | 11/28/2022 |
| Escrow Analysis Effective Date: | 01/01/2023 |
| Escrow Prior Tax and Insurance Monthly Amount: | $406.26 |
| Total Escrow Payment: | $467.13 |

## PMI/MIP

This loan has no MIP or PMI information currently available.

| | |
|---|---|
| PMI/MIP Type: | Not Insured |
| PMI/MIP Co: | |
| Last Paid Amt: | |
| Mortgage Insurance Disbursement Due Date: | |
| MIP Termination Amort 78-7%: | |
| FHA/VA/Policy #: | |

## Real Estate Tax

Row Count = 2

| Authority | Address | Phone | Type | Tax Id/Parcel # | Pmt Next Due | Expected Tax Disb Amt | Tax Paid By |
|---|---|---|---|---|---|---|---|
| BUXTON TOWN | TAX COLLECTOR, 185 PORTLAND RD, BUXTON, ME 04093 | (207) 929-5200 | CITY/TOWN 1ST | 0007-0028B | 09/2024 | $1,356.95 | Paid from Escrow Account |
| BUXTON TOWN | TAX COLLECTOR, 185 PORTLAND RD, BUXTON, ME 04093 | (207) 929-5200 | CITY/TOWN 2ND | 0007-0028B | 03/2024 | $1,342.97 | Paid from Escrow Account |

## Hazard Insurance

Row Count = 1

| Agent/Company | Agent/Co Address | Agent/Co Phone | Type | Last Paid Amt | Last Paid Date | Expiration Date | Insurance Paid By | Policy # | Coverage Amt |
|---|---|---|---|---|---|---|---|---|---|
| PROCTOR LOAN PROTECTOR PROCTOR LOAN PROTECTOR | 700 TOWER DR SUITE 400, TROY, MI 48098 700 TOWER DR SUITE 400, TROY, MI 48098 | | Homeowners Policy | -$2,216.65 | 05/03/2023 | 02/01/2024 | Paid from Escrow Account | PFI10275499 | $215,279 |

| Borrower: | MCDONOUGH,NANCY | Address: | 205 WEBSTER RD | Prin Bal: | $214,066.58 | | Investor Type: | Other |
|---|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | MCDONOUGH,JOHN M | City: | BUXTON | Add Prin Bal: | $1,212.89 (P) | | Investor #: | AAA |
| Due Date: | 04/01/2020 | State: | ME | Account Type: | First Mortgage - Conventional Without PMI | | Investor Account #: | 1007743 |
| Last Pmt Appd On: | | Zip Code: | 04093 | Total Pmt Amt: | $1,680.02 | | PLS Client ID: | |

## Request Criteria: Advance Type = Recoverable, Date Range = From 04/01/2020 To 11/01/2023

## Corporate Advance Balances

| | |
|---|---|
| Beginning Corp Adv Balance Prior to the Start Date: | $1,457.25 |
| Total Amount Retrieved: | $3,465.50 |
| Outstanding Corp Adv Balance: | $4,922.75 |

## Corporate Advance Details

Row Count = 40

| Tran Type | Tran ID | User | Date | Tran Amount | Escrow Payee | Payee | Corp Advance Type | Reason | Description | Orig Disb Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 631 | 0173 | NIV | 10/19/2023 | $30.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0160 | NIV | 09/14/2023 | $30.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0154 | NIV | 08/11/2023 | $30.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0150 | NIV | 06/30/2023 | $30.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0144 | NIV | 05/18/2023 | $20.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0141 | NIV | 04/06/2023 | $20.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0138 | NIV | 03/09/2023 | $20.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0135 | NIV | 02/10/2023 | $20.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0130 | NIV | 01/25/2023 | $20.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0128 | NIV | 01/23/2023 | $20.00 | ZVNPROPINC | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0123 | NIV | 10/31/2022 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0119 | NIV | 09/19/2022 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0117 | NIV | 08/08/2022 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0114 | NIV | 06/29/2022 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0113 | NIV | 05/25/2022 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0110 | NIV | 04/18/2022 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0107 | NIV | 03/17/2022 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0104 | NIV | 02/14/2022 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0101 | NIV | 01/10/2022 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0098 | NIV | 12/06/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0095 | NIV | 11/04/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0091 | NIV | 10/23/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0087 | NIV | 08/31/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0082 | NIV | 07/27/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0079 | NIV | 06/21/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0074 | NIV | 05/20/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 630 | 0070 | NIV | 05/10/2021 | $400.00 | ATMADOONAN | 90RAA | Recoverable | ATFC | ATTY FEE F/C LNS | |
| 631 | 0067 | NIV | 04/12/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0061 | NIV | 03/08/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0059 | NIV | 02/09/2021 | $20.00 | SAFEGUARD | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0055 | NIV | 12/10/2020 | $14.25 | MCS | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0048 | NIV | 11/02/2020 | $14.25 | MCS | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 630 | 0047 | NIV | 10/30/2020 | $430.00 | ATMADOONAN | 90RAA | Recoverable | ATFC | ATTY FEE F/C LNS | |
| 630 | 0046 | NIV | 10/30/2020 | $395.00 | ATMADOONAN | 90RAA | Recoverable | ATFC | ATTY FEE F/C LNS | |
| 631 | 0043 | NIV | 10/12/2020 | $14.25 | MCS | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 630 | 0040 | NIV | 09/21/2020 | $1,185.00 | ATMADOONAN | 90RAA | Recoverable | ATFC | ATTY FEE F/C LNS | |
| 601 | 0038 | TK7 | 09/08/2020 | $350.00 | TITLECLEAR | 90RAA | Recoverable | TCFS | FC TITLE SEARCH | |
| 631 | 0037 | NIV | 08/31/2020 | $14.25 | MCS | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0031 | NIV | 07/20/2020 | $14.25 | MCS | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| 631 | 0023 | NIV | 06/10/2020 | $14.25 | MCS | 90RAA | Recoverable | INSP | PROP INSP FEES | |
| | | | ***Totals | $3,465.50 | | | | | | |



**WALZ CERTIFIED MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0822

Label #1

Label #2

Nancy Mcdonough
205 Webster Road
Buxton, ME 04093

Label #3

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2216 0239 91

| | | |
|---|---|---|
| Certified Mail Fee | $ 4.35 | |
| Return Receipt (Hardcopy) | $ 3.55 | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .87 | |
| Total Postage and Fees | $ 8.77 | |

**Sent to:**

Nancy Mcdonough
205 Webster Road
Buxton, ME 04093

**Reference Information**

SM/BS
Nancy Mcdonough, John Mcdonough
56541

PS Form 3800, Facsimile, July 2015

**— TEAR ALONG THIS LINE**

**B**

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2216 0239 94

Label #7 - Certified Mail Article Number

Label #4

FOLD AND TEAR THIS WAY ⟶

**WALZ**
**CERTIFIED**
**MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0822

Label #1

Label #2

Label #3

John M. Mcdonough
205 Webster Road
Buxton, ME 04093

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B**

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9266 9904 2216 0239 87

FOLD AND TEAR THIS WAY ⟶

Label #4

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2216 0239 84

| | | |
|---|---|---|
| Certified Mail Fee | $ 4 35 | |
| Return Receipt (Hardcopy) | $ 3 55 | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .87 | |
| Total Postage and Fees | $ 8.77 | |

Sent to:

John M. Mcdonough
205 Webster Road
Buxton, ME 04093

**Reference Information**

SM/BS
Nancy Mcdonough, John Mcdonough
56541

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number

BS-56541



**Doonan, Graves & I**
ATTORNEYS AT LAW | EXCEL
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSE1

CERTIFIED MAIL

9434 7266 9904 2226 0239 84

John M. Mcdonough
205 Webster Road
Buxton, ME 04093

FIRST-CLASS



US POSTAGE™ PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.77⁰

NOV 02 2023



# Doonan, Graves & Longoria LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

BS-56541

John M. Mcdonough
205 Webster Road
Buxton, ME 04093

FIRST-CLASS



US POSTAGE AND PITNEY BOWES

ZIP 01915
02 7H $ 000.87⁰
000138074     NOV 02 2023

BS-56541



**Doonan, Graves & I**
ATTORNEYS AT LAW | EXCEL
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSE1

CERTIFIED MAIL

9414 7266 9904 2226 0239 91

Nancy Mcdonough
205 Webster Road
Buxton, ME 04093

FIRST-CLASS



US POSTAGE PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.70
NOV 02 2023



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

BS-56541

Nancy Mcdonough
205 Webster Road
Buxton, ME 04093

FIRST-CLASS



US POSTAGE AND PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.87⁰

NOV 02 2023

 **UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

John M. Mcdonough

205 Webster Road

Buxton, ME  04093

PS Form **3817**, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here



$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

S88334.14

Postmark Here



 **UNITED STATES POSTAL SERVICE**®

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here



**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Nancy Mcdonough

205 Webster Road

Buxton, ME  04093

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:Fay Servicing, LLC
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446


-----
Consumer Information
-----

Consumer First name:John
Consumer Middle Initial/Middle Name: M.
Consumer Last name:Mcdonough
Consumer Suffix:
Property Address line 1:205 Webster Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Buxton
Property Address State:
Property Address zip code:04093
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:11/2/2023
Amount needed to cure default:70,940.57
Consumer Address line 1:205 Webster Road
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Buxton
Consumer Address State:ME
Consumer Address zip code:04093
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:Fay Servicing, LLC
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446


-----

Consumer Information

-----

Consumer First name:John
Consumer Middle Initial/Middle Name: M.
Consumer Last name:Mcdonough
Consumer Suffix:
Property Address line 1:205 Webster Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Buxton
Property Address State:
Property Address zip code:04093
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:11/2/2023
Amount needed to cure default:70,940.57
Consumer Address line 1:205 Webster Road
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Buxton
Consumer Address State:ME
Consumer Address zip code:04093

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

---

Return Receipt (Form 3811) Barcode

| **COMPLETE THIS SECTION ON DELIVERY** |

**A. Signature**

X _____  ☐ Agent
                               ☐ Addressee

**B. Received by (Printed Name)** | **C. Date of Delivery**

9590 9266 9904 2216 0239 94

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**1. Article Addressed to:**

Nancy Mcdonough
205 Webster Road
Buxton, ME 04093

**3. Service Type:**
☒ Certified Mail

<u>Reference Information</u>

SM/BS
Nancy Mcdonough, John Mcdonough
56541

**2. Certified Mail (Form 3800) Article Number**

9414 7266 9904 2216 0239 91

PS Form 3811, Facsimile, July 2015                Domestic Return Receipt

---

Return Receipt (Form 3811) Barcode

| **COMPLETE THIS SECTION ON DELIVERY** |

**A. Signature**

X _____  ☐ Agent
                               ☐ Addressee

**B. Received by (Printed Name)** | **C. Date of Delivery**

9590 9266 9904 2216 0239 87

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**1. Article Addressed to:**

John M. Mcdonough
205 Webster Road
Buxton, ME 04093

**3. Service Type:**
☒ Certified Mail

<u>Reference Information</u>

SM/BS
Nancy Mcdonough, John Mcdonough
56541

**2. Certified Mail (Form 3800) Article Number**

9414 7266 9904 2216 0239 84

PS Form 3811, Facsimile, July 2015                Domestic Return Receipt

---